UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------

JULIO CESAR MEJIA OTAVALO,

                  Plaintiff,

  -against-

FORDEN & CO BUILDERS LLC and ELLE MARA
SAGAPONACK HOLDINGS II, LLC,

                Defendants.

--------------------------------------------

26-cv-03847-PAE

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ELLE MARA SAGAPONACK HOLDINGS II, LLC**

**PLEASE TAKE NOTICE**, that upon the Declaration of Holly Ostrov Ronai, dated July 10, 2026; and upon all of the pleadings and prior proceedings had herein, the undersigned will move this Court before the Honorable Paul A. Engelmayer, U.S.D.J., in Courtroom 1305, United States District Court, Southern District of New York 40 Foley Square, New York, NY 10007, on such date and time as the Court shall set, for an Order pursuant to Fed. R. Civ. P. Rule 55, for Judgment by default against defendant ELLE MARA SAGAPONACK HOLDINGS II, LLC on the issue of liability and that an inquest on the issue of plaintiff's damages, shall be held prior to the resolution of the entire action; and for such other and further relief as the Court deems just and proper.

Dated: Port Chester, New York
      July 10, 2026

                     RONAI & RONAI, LLP

                    _____
                    By: Holly Ostrov Ronai, Esq. (HO 3923)
                    Attorneys for Plaintiff

JULIO CESAR MEJIA OTAVALO
*The Ronai Building*
34 Adee Street
Port Chester, New York 10573
(914) 824-4777


ELLE MARA SAGAPONACK HOLDINGS II, LLC
c/o Linda Riley, P.C.
235 Hampton Road
South Hampton, NY 11968

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
Attorneys for Defendant
FORDEN & CO BUILDERS LLC
1000 Woodbury Road, Suite 402
Woodbury, New York 11797