UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIO CESAR MEJIA OTAVALO,

                                        Plaintiff,

                        -v-

FORDEN & CO BUILDERS LLC and ELLE MARA
SAGAPONACK HOLDINGS II, LLC,

                                        Defendants.

---

26 Civ. 3847 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 8, 2026, plaintiff filed the complaint in this case. Dkt. 1. On May 14, 2026, plaintiff served defendant Ella Mara Sagaponack Holdings II, LLC ("Ella Mara") with process, making its deadline to answer or otherwise respond June 4, 2026. Dkt. 8. To date, defendant Ella Mara has not answered, responded, or otherwise appeared in this action. On July 2, 2026, the Court issued an order to show cause, directing plaintiff to show cause by July 15, 2026 as to why the action should not be dismissed for failure to prosecute. Dkt. 14. On July 2, 2026, plaintiff obtained a Clerk's Certificate of Default as to Ella Mara. Dkt. 18. July 10, 2026, plaintiff filed a motion for default judgment. Dkt. 21.

The Court directs plaintiff to its Individual Rules and Practices in Civil Cases 3.Q, which requires default judgment motions include, *inter alia*, a statement, if default is applicable to fewer than all defendants, as to whether the Court may appropriately order default judgment prior to resolution of the entire action. *See* Paul A. Engelmayer Individual Rules (May 2026) https://nysd.uscourts.gov/sites/default/files/practice_documents/PAE%20Engelmayer%20Individual%20Rules%20May%202026.pdf.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2026
      New York, New York