UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

JULIO CESAR MEJIA OTAVALO,

Plaintiff,

-against-

FORDEN & CO BUILDERS LLC and ELLE MARA SAGAPONACK HOLDINGS II, LLC,

Defendants.

--------------------------------------------------------------------X

Case No.: 1:26-cv-03847 (PAE)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Lorin A. Donnelly, Esq., the Declaration of Alexander Ridd Forden, and the associated exhibits attached thereto, Defendant FORDEN & CO BUILDERS LLC, by and through its undersigned counsel, will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at the United States Courthouse for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York, on such date and time as the Court shall set, for an Order pursuant to 28 U.S.C. § 1404(a) transferring this action to the United States District Court for the Eastern District of New York (Central Islip) for the convenience of witnesses and in the interests of justice.

Dated: Woodbury, New York
August 19, 2026

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

By: [signature]
LORIN A. DONNELLY
Attorneys for Defendant
FORDEN & CO BUILDERS LLC
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
File No.: 1135-34784
ldonnelly@milbermakris.com

Any opposition to defendant Forden's motion is due September 3, 2026. Forden shall file its reply, if any, by September 10, 2026.

SO ORDERED.

[signature]
PAUL A. ENGELMAYER
United States District Judge

Dated: August 20, 2026
New York, New York

TO: Holly Ostrov Ronai, Esq.
Paul Raymond Cordella, Esq.
RONAI & RONAI, LLP
Attorney for Plaintiff
The Ronai Building
34 Adee Street
Port Chester, New York 10573
(914) 824-4777
hostrovronai@ronaifirm.com
paulcordella@ronaifirm.com

Russ M. Patane, Esq.
GOLDEN, ROTHSCHILD, SPAGNOLA,
LUNDELL, BOYLAN & GARUBO & BELL, P.C.
Attorneys for Defendant
ELLE MARA SAGAPONACK HOLDINGS II, LLC
100 Pearl Street, 18th Floor, Ste. 1802
New York, New York 10005
(212) 964-0120
rpatane@grsl.com